■ DAVID KOPIN et al., Respondents-Appellants, v WAL-MART STORES, INC., Appellant-Respondent. (Appeal No. 2.) [750 NYS2d 551] —Appeal and cross appeal from an order of Supreme Court, Monroe County (Barry, J.), entered July 13, 2001, which, inter alia, compelled disclosure and denied defendant's motion for a protective order.

It is hereby ordered that said appeal and cross appeal be and the same hereby are unanimously dismissed without costs.

Same memorandum as in *Kopin v Wal-Mart Stores* ([appeal No. 1] 299 AD2d 937). Present—Green, J.P., Wisner, Hurlbutt, Burns and Gorski, JJ.

■ DAVID KOPIN et al., Respondents, v WAL-MART STORES, INC., Appellant. (Appeal No. 3.) [749 NYS2d 760] —Appeal from an order of Supreme Court, Monroe County (Barry, J.), entered November 26, 2001, which, inter alia, denied defendant's motion to reargue.

It is hereby ordered that said appeal from the order insofar as it denied reargument be and the same hereby is unanimously dismissed and the order is affirmed without costs.

Same memorandum as in *Kopin v Wal-Mart Stores* ([appeal No. 1] 299 AD2d 937). Present—Green, J.P., Wisner, Hurlbutt, Burns and Gorski, JJ.

■ BRUCE ALDRICH et al., Individually and as Parents and Natural Guardians of CHRISTOPHER ALDRICH et al., Infants